

# NUMBER 13-24-00329-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF E.R. III, A CHILD

---

## ON APPEAL FROM THE 214TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Chief Justice Contreras**

On June 24, 2024, appellant filed a notice of appeal attempting to appeal a judgment or order entered in trial court cause number 2017-FAM-5249-F. On June 27, 2024, the Clerk of the Court notified appellant that it appears there is no final, appealable order. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c). Furthermore, on June 27, 2024, the Clerk of the Court notified appellant that the notice of appeal failed to comply

with Texas Rules of Appellate Procedure 9.1(b), 9.5(e), 25.1(d)(1), (2), and (4). *See id.* R. 9.1(b), 9.5(e), 25.1(d).

Appellant has neither identified a final, appealable order nor cured the defective notice of appeal. Furthermore, appellant has failed to respond to the notices from the clerk requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
28th day of August, 2024.

2